Form ntcabuse

# UNITED STATES BANKRUPTCY COURT

District of Rhode Island

Case No.: 1:20−bk−10810
Chapter: 7
Judge: Diane Finkle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Charles N. Reid Jr.                                    Lisa F Reid
   68 Grant Street                                         68 Grant Street
   Warwick, RI 02886                               Warwick, RI 02886

Social Security / Individual Taxpayer ID No.:
   xxx−xx−6663                                            xxx−xx−1815

Employer Tax ID / Other nos.:

## STATEMENT OF PRESUMED ABUSE

As required by 11 U.S.C. Sec. 704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. Sec. 707(b)(2)(A), and, pursuant to 11 U.S.C. Sec. 704(b)(2), the United States Trustee has determined that:(1) upon information and belief and subject to further discovery the debtor's(s') case should be presumed to be an abuse under section 707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in section 704(b)(2)(A) or (B). As required by 11 U.S.C. Sec. 704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under section 707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate.Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. Sec. 707(b)(2)(B).. Status Check Due by:09/11/2020. (Nicholls, Sandra) Filed by Trustee

Dated: 9/8/20

                                                                                United States Trustee